PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:16-CV-00233-KJM-KJN |
|---|---|
| Plaintiff, | ORDER TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT |
| v. | |
| APPROXIMATELY $98,100.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $35,900.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $40,000.00 IN MONEY ORDERS, | |
| Defendants. | |

Pursuant to the United States' Request to Extend the Deadline to file a Joint Status Report, the Court finds that there is good cause to extend the deadline.  The Status (Pretrial Scheduling) Conference set for June 9, 2016, is vacated and reset for August 18, 2016, at 2:30 p.m., with the joint status report due no later than August 11, 2016.

IT IS SO ORDERED.

Dated:  June 3, 2016.

_____
UNITED STATES DISTRICT JUDGE

1

Proposed to Submit a Joint Status Report