PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $98,100.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $35,900.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $40,000.00 IN MONEY ORDERS,<br><br>　　　　　　　Defendants. | 2:16-CV-00233-KJM-KJN<br><br>STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE<br><br>Old Date:  January 30, 2017 at 9:30 a.m.<br><br>New Date: May 22, 2017 at 9:30 a.m. |

　　　　Pursuant to the Status (Pretrial Scheduling) Order filed on September 9, 2016, the Settlement Conference is currently scheduled for January 30, 2017 at 9:30 a.m. before Magistrate Judge Carolyn K. Delaney.  The United States and claimant Anthony Lamar Simmons, appearing in *propria persona*, hereby stipulate and respectfully request that the Settlement Conference currently set for January 30, 2017, at 9:30 a.m. be continued until May 22, 2017, at 9:30 a.m., due to the scheduling of depositions in South Carolina in the near future.  The parties believe that the deposition could prove beneficial information for possible settlement.

　　　　The parties further respectfully request that the confidential settlement conference statements be

1

submitted by May 8, 2017.  No other discovery dates will be impacted by these proposed changes.

WHEREFORE, based on the foregoing, and for good cause shown, the United States and claimant Anthony Lamar Simmons hereby stipulate that the Settlement Conference be continued from January 30, 2017, at 9:30 a.m. be continued until May 22, 2017, at 9:30 a.m.

Respectfully Submitted,

Dated:   1/18/2017                       PHILLIP A. TALBERT
                                         United States Attorney

By:     /s/ Kevin C. Khasigian
        KEVIN C. KHASIGIAN
        Assistant U.S. Attorney

Dated:   1/18/2017

         /s/ Anthony Lamar Simmons
        ANTHONY LAMAR SIMMONS
        Claimant, appearing in *Propria Persona*

        (Signature retained by attorney)

## ORDER

Pursuant to the parties' request, the Court finds that there is good cause to continue the Settlement Conference from January 30, 2017, at 9:30 a.m., to May 22, 2017, at 9:30 a.m.  Each party is directed to submit to the chambers of Judge Carolyn K. Delaney confidential settlement conference statements no later than May 8, 2017.

IT IS SO ORDERED.

Dated:  January 20, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE