| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | KEVIN C. KHASIGIAN |
| | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| 5 | Attorneys for the United States |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CV-00233-KJM-KJN |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE |
| APPROXIMATELY $98,100.00 IN U.S. CURRENCY, | Old Date: May 22, 2017 at 9:30 a.m. |
| APPROXIMATELY $35,900.00 IN U.S. CURRENCY, and | New Date: August 7, 2017 at 9:30 a.m. |
| APPROXIMATELY $40,000.00 IN MONEY ORDERS, | |
| Defendants. | |

Pursuant to the Status (Pretrial Scheduling) Order filed on September 9, 2016, the Settlement Conference is currently scheduled for May 22, 2017 at 9:30 a.m. before Magistrate Judge Carolyn K. Delaney. The United States and claimant Anthony Lamar Simmons, appearing in *propria persona*, hereby stipulate and respectfully request that the Settlement Conference currently set for May 22, 2017, at 9:30 a.m. be continued until August 7, 2017, at 9:30 a.m., due to the ongoing (and productive) settlement negotiations and scheduling of depositions in South Carolina in the near future. The claimant is currently incarcerated in a South Carolina county jail, creating logistical issues that have required additional time to resolve. The parties believe that the deposition could prove beneficial for possible

1

settlement.

The parties further respectfully request that the confidential settlement conference statements be submitted by July 31, 2017. No other discovery dates will be impacted by these proposed changes.

WHEREFORE, based on the foregoing, and for good cause shown, the United States and claimant Anthony Lamar Simmons hereby stipulate that the Settlement Conference be continued from May 22, 2017, at 9:30 a.m. be continued until August 7, 2017, at 9:30 a.m.

Respectfully Submitted,

Dated: 5/9/2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 5/9/2017

/s/ Anthony Lamar Simmons
ANHONY LAMAR SIMMONS
Claimant, appearing in *Propria Persona*

## ORDER

Pursuant to the parties' request, the Court finds that there is good cause to continue the Settlement Conference from May 22, 2017, at 9:30 a.m., to August 7, 2017, at 9:30 a.m. Each party is directed to submit to the chambers of Judge Carolyn K. Delaney confidential settlement conference statements no later than July 31, 2017.

IT IS SO ORDERED.

Dated: May 11, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE