PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:16-CV-00233-KJM-KJN |
|---|---|
| Plaintiff, | |
| v. | FINAL JUDGMENT OF FORFEITURE |
| APPROXIMATELY $98,100.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $35,900.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $40,000.00 IN MONEY ORDERS, | |
| Defendants. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil action *in rem* brought against Approximately $98,100.00 in U.S. Currency, which was seized on October 6, 2015, Approximately $35,900.00 in U.S. Currency (hereafter collectively "defendant currency"), which was seized on November 10, 2015 and Approximately $40,000.00 in Money Orders ("defendant money orders"), which were seized on November 10, 2015.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on February 5, 2016, alleging that said defendant currency and defendant money orders are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

1

3. On February 17, 2016, the Clerk issued a Warrant for Arrest for the defendant currency and defendant money orders and that warrant was duly executed on February 18, 2016.

4. Beginning on February 10, 2016, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on March 14, 2016.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individual(s):

    a. Anthony Lavar Simmons

    b. Dwanisha N. Robinson

6. Claimant Anthony Lavar Simmons ("claimant") filed a claim alleging an interest in the defendant currency and defendant money orders on August 11, 2016.

7. The Clerk of the Court entered a Clerk's Certificate of Entry of Defaults against Dwanisha N. Robinson on April 18, 2017. Pursuant to Local Rule 540, the United States and claimant thus join in a request that as part of the Final Judgment of Forfeiture in this case the Court enter a default judgment against the interests, if any, of Dwanisha N. Robinson without further notice.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. Judgment is hereby entered against claimant Anthony Lamar Simmons and all other potential claimants who have not filed claims in this action.

3. Upon entry of a Final Judgment of Forfeiture, the Approximately $98,100.00 in U.S. Currency, $13,280.00 of the Approximately $35,900.00 in U.S. Currency and the Approximately $40,000.00 in Money Orders, together with any interest that may have accrued on the total amount seized, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

/////

/////

4. Upon entry of a Final Judgment of Forfeiture herein, but no later than 60 days thereafter, $22,620.00 of the Approximately $35,900.00 in U.S. Currency shall be returned to claimant Anthony Lavar Simmons.

5. The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency and defendant money orders. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. The parties waived the provisions of California Civil Code § 1542.

6. Claimant waived any and all claim or right to interest that may have accrued on the defendant currency.

7. All parties are to bear their own costs and attorneys' fees.

8. The U.S. District Court for the Eastern District of California, Hon. Kimberly J. Mueller, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

9. Based upon the allegations set forth in the Complaint filed February 5, 2016, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action.

SO ORDERED THIS 8th day of August, 2017.

UNITED STATES DISTRICT JUDGE